UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    City of Prescott v. Allergan PLC, et al.,     )      MDL No. 2804
        D. Arizona, C.A. No. 3:19-08165     )

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Prescott*) on June 12, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Prescott* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Prescott* was remanded to the Yavapai County Superior Court, Arizona, by the Honorable Susan M. Brnovich in an order filed on August 2, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-96" filed on June 12, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel